UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>AMILCAR ALEXANDER LOPEZ-FLORES,<br><br>Defendants. | Case No. 23-mj-70756-MAG-1  (VKD)<br><br>Charging District:  Wester District of Texas (San Antonio Division)<br><br>Charging District's Case No.: SA-CR-13-0029(01) OLG |
|---|---|

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place: Hipolito F. Garcia Federal Building and United States Courthouse<br><br>615 East Houston Street<br><br>San Antonio, TX 78205 | Courtroom No.:  C – Hon. Orlando Garcia |
|---|---|
| | Date and Time:  June 15, 2023, at 9:30 A.M. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated:  June 2, 2023

_Virginia K. DeMarchi_
Virginia K. DeMarchi
United States Magistrate Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19